UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| LISA NIDIFFER JENNINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:24-CV-00205-DCLC-CRW |
| v. | ) | |
| | ) | |
| UNIVERSAL PROTECTION SERVICE, | ) | |
| LLC d/b/a ALLIED UNIVERSAL | ) | |
| SECURITY SERVICES, | ) | |
| | ) | |
| Defendant. | | |

**ORDER**

The parties appeared before the Court on March 26, 2026, at 1:00 p.m. EST for a scheduling conference to set a trial date pursuant to the Federal Arbitration Act, 9 U.S.C. § 4. *See* [Doc. 32]. The trial is set for **June 4, 2026, at 9:00 a.m. EST**, and is expected to last 1–2 days. The trial will be in Greeneville, Tennessee before the undersigned.

During the conference, the Court granted Plaintiff's request to conduct discovery limited to the issue of contract formation and the validity of the arbitration agreement. The parties are limited to no more than 10 written interrogatories, 2 depositions, and 20 requests for production. To the extent the parties encounter any discovery disputes, they are directed to meet and confer, and if the parties reach an impasse, they shall contact chambers to arrange an informal discovery conference.

      **SO ORDERED:**

                    s/Clifton L. Corker
                    United States District Judge